IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> REDMONT CONSTRUCTION, LLC, ET AL., <br><br> Defendants. | CV 21-00220 LEK-RT |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on October 26, 2021 and served on all parties on October 27, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default Judgment Against Redmont Construction, LLC", ECF No. 18 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII,  November 15, 2021.



        /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge